MARC J. WINTHROP– State Bar No. 63218
mwinthrop@winthropcouchot.com
PETER W. LIANIDES – State Bar No. 160517
plianides@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re: | Case No. 8:10-bk-18065 TA |
|---|---|
| ☒ PRES-LAHAINA SQUARE, LLC, a Hawaii limited liability company<br>☒ VLJ ALOHA, LLC, a Delaware limited liability company | Jointly Administered with<br>Case No. 8:10-bk-18067 TA |
| | Chapter 11 Proceedings |
| Debtors and<br>Debtors-in-Possession. | **DEBTORS' CASE STATUS REPORT** |
| | DATE: September 1, 2010<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 5B<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, CERTAIN CREDITORS AND PARTIES IN INTEREST:**

PRES-Lahaina Square, LLC, a Hawaii limited liability company ("PRES"), and VLJ Aloha, LLC, a Delaware limited liability company ("VLJ"), the jointly administered debtors and debtors-in-possession herein (collectively "the "Debtors") hereby submits this status report in connection with the Case Management Conference set for September 1, 2010.

**1. Description of the Debtors' business and operations.**

The Debtors collectively own, as tenants-in-common, and operate a multi-tenant, neighborhood shopping center located at 840 Wainee Street, Lahaina, Maui, Hawaii (the "Property"). The Property is the Debtors' sole asset.

**2. Events precipitating the filing of Chapter 11.**

The Debtors purchased the Property in 2007. The severe decline in economic conditions experienced both nationally and locally in late 2008, coupled with the near collapse of the national credit markets in late 2008, has resulted in a downturn in construction, tourism and related consumer spending in the Hawaii Islands, which, in turn, has detrimentally affected retailers who are either downsizing, seeking reductions in their rent or closing their businesses. Although the Debtors have made many improvements to the Property, which had been poorly maintained by its prior owner, the loans matured on June 9, 2010, with a balance remaining unpaid. Prior to the Petition Date (defined below), the Debtors attempted to negotiate a discounted payoff of the loans and then to restructure and extend the maturity date of the loans with their senior secured creditor, Square One Lahaina, LLC ("Square One"). However, these efforts were unsuccessful.

Square One elected to declare a default under its loan arrangements and to pursue its enforcement remedies. Specifically, on or about May 12, 2010, Square One commenced an action in the Circuit Court of the Second Circuit in Hawaii entitled *Square One Lahaina, LLC v. PRES-Lahaina Square, LLC, VLJ Aloha, LLC, Bradley W. Schroth, PRES Property/Asset Management et. al* seeking judicial foreclosure and the appointment of a receiver. The hearing for the appointment of a receiver was set for June 15, 2010. This forced the Debtors, PRES and VLJ, to file the present Chapter 11 proceedings on June 15, 2010 (the "Petition Date") in order to obtain a breathing spell within which to reorganize their affairs.

**3. What the Debtors hope to accomplish in these Chapter 11 cases.**

The Debtors are seeking to maximize the value of the Property.

4. **<u>The principal disputes or problems likely to be encountered during the course of the debtors' reorganization efforts</u>.**

None anticipated.

5. **<u>Have the Debtors complied with all of their duties under 11 U.S.C. §§521, 1106 and 1107 and all applicable guidelines of the Office of the U.S. Trustee? If no, why not?</u>**

The Debtors believe that they are in compliance with the Notices and Guides promulgated by the Office of the United States Trustee.

6. **<u>Do any parties claim an interest in cash collateral of the Debtors and if so, on what date did the debtor obtain an order authorizing the use of such cash or the consent of such party?</u>**

Square One claims an interest in the Debtors' cash collateral. On July 16, 2010, the Court entered an order approving the Debtors' use of cash collateral on an interim basis. On August 4, 2010, at the final hearing, the Court granted the Debtors' motion to use cash collateral on a final basis through and including November 1, 2010.

7. **<u>The identity of all professionals retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the UST, the dates on which orders were entered in response to such applications, if any, and a general description of the type of services to be rendered by each or the purpose of the employment</u>.**

| Name of Professional | Capacity | Date Order Entered |
|---|---|---|
| Winthrop Couchot P.C. | General Insolvency Counsel | N/A |

8. **<u>In operating cases, evidence regarding projected income and expenses for the first six months of the case</u>.**

Attached hereto as Exhibit "1" and incorporated herein by this reference is a chart showing projected income and expenses for the first six months of these cases.

**9. Proposed deadline for the filing claims and objections to claims.**

The Debtors anticipate that they will be filing a motion to set a claims bar date in the immediate future. They propose that the deadline for filing objections to claim be 60 days after the Effective Date.

**10. Proposed deadline for the filing of a plan and disclosure statement.**

The Debtors anticipate that they will file a joint Chapter 11 plan in a relatively abbreviated time frame (most likely within the exclusivity period of 11 U.S.C. §1121) and ultimately to emerge from Chapter 11 as a financially stronger business enterprise. The Debtors intend to strive diligently to reorganize their financial affairs as expeditiously as possible.

**11. Discussion of any significant unexpired leases and executory contracts to which the debtor is a party and the debtor's intentions with regard to these leases and contracts.**

There are no significant unexpired leases or executory contracts.

DATED: August 18, 2010

**WINTHROP COUCHOT PROFESSIONAL CORPORATION**

By: /s/ Kavita Gupta
Marc J. Winthrop
Peter W. Lianides
Kavita Gupta
[Proposed] Counsel to Debtors and Debtors-in-Possession

# EXHIBIT "1"

**LAHAINA SQUARE SHOPPING CENTER**
**JUN-DEC 2010 BUDGET**

| | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug |
|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 151,872.53 | 151,872.53 | 151,326.91 | 151,326.91 | 224,434.18 | 219,359.16 | 218,813.54 | 196,458.55 | 166,458.55 |
| REVENUES | | | | | | | | | |
| Scheduled Gross Income | 0.00 | 0.00 | 0.00 | 73,778.41 | 0.00 | 0.00 | 0.00 | 0.00 | 73,778.41 |
| Vacancy Loss | 0.00 | 0.00 | 0.00 | (22,159.20) | 0.00 | 0.00 | 0.00 | 0.00 | (22,159.20) |
| Percentage Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAM/Operating Expense Recoveries | 0.00 | 0.00 | 0.00 | 26,477.24 | 0.00 | 0.00 | 0.00 | 0.00 | 27,805.78 |
| Other Income | 0.00 | 0.00 | 0.00 | 615.06 | 0.00 | 0.00 | 0.00 | 0.00 | 615.06 |
| Marketing & Promotion Income | 0.00 | 0.00 | 0.00 | 247.58 | 0.00 | 0.00 | 0.00 | 0.00 | 338.48 |
| Total Revenue | 0.00 | 0.00 | 0.00 | 78,959.09 | 0.00 | 0.00 | 0.00 | 0.00 | 80,378.54 |
| OPERATING EXPENSES | | | | | | | | | |
| Reimbursable Expenses | | | | | | | | | |
| Taxes & Impositions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities | 0.00 | 0.00 | 0.00 | 613.40 | 3,029.23 | 0.00 | 0.00 | 0.00 | 10,576.98 |
| Utility Deposit Account | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,838.00 | 0.00 | 0.00 |
| Security | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 401.33 | 0.00 | 0.00 |
| Cleaning & Janitorial | 0.00 | 245.62 | 0.00 | 1,527.53 | 1,967.79 | 245.62 | 0.00 | 0.00 | 3,055.07 |
| Repairs & Maintenance | 0.00 | 300.00 | 0.00 | 1,030.91 | 0.00 | 300.00 | 969.94 | 0.00 | 1,030.91 |
| General Services & Grounds | 0.00 | 0.00 | 0.00 | 22.50 | 78.00 | 0.00 | 145.71 | 0.00 | 22.50 |
| Third Party Management Fees and Administration | 0.00 | 0.00 | 0.00 | 1,679.74 | 0.00 | 0.00 | 0.00 | 0.00 | 2,903.83 |
| Total Reimbursable Expenses | 0.00 | 545.62 | 0.00 | 4,874.18 | 5,075.02 | 545.62 | 22,354.98 | 0.00 | 17,589.29 |
| Total Non-Reimbursable Expenses | 0.00 | 0.00 | 0.00 | 473.15 | 0.00 | 0.00 | 0.00 | 0.00 | 629.32 |
| Total Operating Expenses | 0.00 | 545.62 | 0.00 | 5,347.33 | 5,075.02 | 545.62 | 22,354.98 | 0.00 | 18,218.91 |
| Net Operating Income | 0.00 | (545.62) | 0.00 | 73,611.76 | (5,075.02) | (545.62) | (22,354.98) | 0.00 | 62,159.62 |
| Appraisal Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 0.00 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 0.00 |
| Property Adminstrative Fees | 0.00 | 0.00 | 0.00 | 504.49 | 0.00 | 0.00 | 0.00 | 0.00 | 912.53 |
| Net Income Before Cap Exp/Depr/Amort | 0.00 | (545.62) | 0.00 | 73,107.27 | (5,075.02) | (545.62) | (22,354.98) | (30,000.00) | 61,247.09 |
| Capital Expenditures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,479.00 |
| Reorganization Expenses | | | | | | | | | |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 650.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Flow | 0.00 | (545.62) | 0.00 | 73,107.27 | (5,075.02) | (545.62) | (22,354.98) | (30,000.00) | 59,768.09 |
| ENDING BALANCE | 151,872.53 | 151,326.91 | 151,326.91 | 224,434.18 | 219,359.16 | 218,813.54 | 196,458.55 | 166,458.55 | 226,226.65 |

| | 16-Aug | 23-Aug | 30-Aug | 6-Sep | 13-Sep | 20-Sep | 27-Sep | 4-Oct | 11-Oct |
|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 226,226.65 | 168,868.60 | 162,128.13 | 162,128.13 | 204,706.48 | 194,556.44 | 194,010.82 | 190,976.85 | 238,342.00 |
| REVENUES | | | | | | | | | |
| Scheduled Gross Income | 0.00 | 0.00 | 0.00 | 73,241.41 | 0.00 | 0.00 | 0.00 | 73,241.41 | 0.00 |
| Vacancy Loss | 0.00 | 0.00 | 0.00 | (22,159.20) | 0.00 | 0.00 | 0.00 | (21,296.45) | 0.00 |
| Percentage Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAM/Operating Expense Recoveries | 0.00 | 0.00 | 0.00 | 28,796.71 | 0.00 | 0.00 | 0.00 | 28,796.71 | 0.00 |
| Other Income | 0.00 | 0.00 | 0.00 | 615.06 | 0.00 | 0.00 | 0.00 | 615.06 | 0.00 |
| Marketing & Promotion Income | 0.00 | 0.00 | 0.00 | 571.28 | 0.00 | 0.00 | 0.00 | 571.28 | 0.00 |
| Total Revenue | 0.00 | 0.00 | 0.00 | 81,065.26 | 0.00 | 0.00 | 0.00 | 81,928.01 | 0.00 |
| OPERATING EXPENSES | | | | | | | | | |
| Reimbursable Expenses | | | | | | | | | |
| Taxes & Impositions | 43,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities | 6,058.46 | 0.00 | 0.00 | 10,576.98 | 6,058.46 | 0.00 | 0.00 | 10,576.98 | 6,058.46 |
| Utility Deposit Account | 4,208.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Security | 0.00 | 802.67 | 0.00 | 0.00 | 0.00 | 0.00 | 802.67 | 0.00 | 0.00 |
| Cleaning & Janitorial | 3,935.59 | 245.62 | 0.00 | 3,055.07 | 3,935.59 | 245.62 | 0.00 | 3,055.07 | 3,935.59 |
| Repairs & Maintenance | 0.00 | 5,400.77 | 0.00 | 1,030.91 | 0.00 | 300.00 | 1,939.88 | 1,030.91 | 0.00 |
| General Services & Grounds | 156.00 | 291.41 | 0.00 | 22.50 | 156.00 | 0.00 | 291.41 | 22.50 | 156.00 |
| Third Party Management Fees and Administration | 0.00 | 0.00 | 0.00 | 3,025.83 | 0.00 | 0.00 | 0.00 | 3,052.79 | 0.00 |
| Total Reimbursable Expenses | 57,358.05 | 6,740.47 | 0.00 | 17,711.29 | 10,150.05 | 545.62 | 3,033.96 | 17,738.26 | 10,150.05 |
| Total Non-Reimbursable Expenses | 0.00 | 0.00 | 0.00 | 862.42 | 0.00 | 0.00 | 0.00 | 862.42 | 0.00 |
| Total Operating Expenses | 57,358.05 | 6,740.47 | 0.00 | 18,573.72 | 10,150.05 | 545.62 | 3,033.96 | 18,600.68 | 10,150.05 |
| Net Operating Income | (57,358.05) | (6,740.47) | 0.00 | 62,491.54 | (10,150.05) | (545.62) | (3,033.96) | 63,327.33 | (10,150.05) |
| Appraisal Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 15,000.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 0.00 |
| Property Adminstrative Fees | 0.00 | 0.00 | 0.00 | 953.19 | 0.00 | 0.00 | 0.00 | 962.18 | 0.00 |
| Net Income Before Cap Exp/Depr/Amort | (57,358.05) | (6,740.47) | 0.00 | 46,538.35 | (10,150.05) | (545.62) | (3,033.96) | 47,365.15 | (10,150.05) |
| Capital Expenditures | 0.00 | 0.00 | 0.00 | 3,960.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Reorganization Expenses | | | | | | | | | |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Flow | (57,358.05) | (6,740.47) | 0.00 | 42,578.35 | (10,150.05) | (545.62) | (3,033.96) | 47,365.15 | (10,150.05) |
| ENDING BALANCE | 168,868.60 | 162,128.13 | 162,128.13 | 204,706.48 | 194,556.44 | 194,010.82 | 190,976.85 | 238,342.00 | 228,191.96 |

| | 18-Oct | 25-Oct | 1-Nov | 8-Nov | 15-Nov | 22-Nov | 29-Nov | 6-Dec | 13-Dec | 20-Dec | 27-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 228,191.96 | 228,191.96 | 228,191.96 | 268,327.59 | 268,327.59 | 268,327.59 | 268,327.59 | 268,327.59 | 308,604.35 | 308,604.35 | 308,604.35 |
| REVENUES | | | | | | | | | | | |
| Scheduled Gross Income | 0.00 | 0.00 | 73,549.03 | 0.00 | 0.00 | 0.00 | 0.00 | 73,957.03 | 0.00 | 0.00 | 0.00 |
| Vacancy Loss | 0.00 | 0.00 | (21,296.45) | 0.00 | 0.00 | 0.00 | 0.00 | (20,794.45) | 0.00 | 0.00 | 0.00 |
| Percentage Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAM/Operating Expense Recoveries | 0.00 | 0.00 | 28,796.71 | 0.00 | 0.00 | 0.00 | 0.00 | 28,063.01 | 0.00 | 0.00 | 0.00 |
| Other Income | 0.00 | 0.00 | 615.06 | 0.00 | 0.00 | 0.00 | 0.00 | 615.06 | 0.00 | 0.00 | 0.00 |
| Marketing & Promotion Income | 0.00 | 0.00 | 571.28 | 0.00 | 0.00 | 0.00 | 0.00 | 536.11 | 0.00 | 0.00 | 0.00 |
| Total Revenue | 0.00 | 0.00 | 82,235.63 | 0.00 | 0.00 | 0.00 | 0.00 | 82,376.76 | 0.00 | 0.00 | 0.00 |
| OPERATING EXPENSES | | | | | | | | | | | |
| Reimbursable Expenses | | | | | | | | | | | |
| Taxes & Impositions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities | 0.00 | 0.00 | 16,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,400.00 | 0.00 | 0.00 | 0.00 |
| Utility Deposit Account | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Security | 0.00 | 0.00 | 285.00 | 0.00 | 0.00 | 0.00 | 0.00 | 285.00 | 0.00 | 0.00 | 0.00 |
| Cleaning & Janitorial | 0.00 | 0.00 | 3,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,900.00 | 0.00 | 0.00 | 0.00 |
| Repairs & Maintenance | 0.00 | 0.00 | 2,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,050.00 | 0.00 | 0.00 | 0.00 |
| General Services & Grounds | 0.00 | 0.00 | 815.00 | 0.00 | 0.00 | 0.00 | 0.00 | 815.00 | 0.00 | 0.00 | 0.00 |
| Third Party Management Fees and Administration | 0.00 | 0.00 | 2,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,700.00 | 0.00 | 0.00 | 0.00 |
| Total Reimbursable Expenses | 0.00 | 0.00 | 26,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,150.00 | 0.00 | 0.00 | 0.00 |
| Total Non-Reimbursable Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Operating Expenses | 0.00 | 0.00 | 26,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,150.00 | 0.00 | 0.00 | 0.00 |
| Net Operating Income | 0.00 | 0.00 | 56,085.63 | 0.00 | 0.00 | 0.00 | 0.00 | 56,226.76 | 0.00 | 0.00 | 0.00 |
| Appraisal Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Fees | 0.00 | 0.00 | 15,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 0.00 | 0.00 | 0.00 |
| Property Adminstrative Fees | 0.00 | 0.00 | 950.00 | 0.00 | 0.00 | 0.00 | 0.00 | 950.00 | 0.00 | 0.00 | 0.00 |
| Net Income Before Cap Exp/Depr/Amort | 0.00 | 0.00 | 40,135.63 | 0.00 | 0.00 | 0.00 | 0.00 | 40,276.76 | 0.00 | 0.00 | 0.00 |
| Capital Expenditures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Reorganization Expenses | | | | | | | | | | | |
| U.S. Trustee Fees | 0.00 | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Flow | 0.00 | 0.00 | 40,135.63 | 0.00 | 0.00 | 0.00 | 0.00 | 40,276.76 | 0.00 | 0.00 | 0.00 |
| ENDING BALANCE | 228,191.96 | 228,191.96 | 268,327.59 | 268,327.59 | 268,327.59 | 268,327.59 | 268,327.59 | 308,604.35 | 308,604.35 | 308,604.35 | 308,604.35 |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **DEBTORS' CASE STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 18, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On August 18, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on__________________, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 18, 2010 | Susan Connor | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NEF SERVICE LIST**

- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- Kavita Gupta kgupta@winthropcouchot.com
- Katherine C Piper kpiper@steptoe.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

**SERVICE VIA FIRST CLASS MAIL**
**(Unless NEF indicated)**

Pres-Lahaina Square LLC
Attn: David Bonaparte
4300 Von Karman Ave.
Newport Beach, CA 92660

Office of the U.S. Trustee
Nancy Goldenberg, Esq.
411 W. Fourth St., #9041
Santa Ana, CA 92701-4593

Lahaina/Alpha
SpecialNotice&AllCreditors
Document No. 147822

A&B Properties, Inc.
Attn: Lance K. Parker, VP
822 Bishop St.
Honolulu, HI 96813

Internal Revenue Service
Insolvency Group 1 MS 5501
24000 Avila Road
Laguna Niguel, CA 92677

Maui Waste Services
Attn: Corporate Officer
P.O. Box 30490
Honolulu, HI 96820-0490

ABM Family of Services
Attn: Corporate Officer
320 Hukilike, #4L
Kahului, HI 96732

Internal Revenue Service
300 Ala Moana Blvd.
Honolulu, HI 96850

National Fire Protection Co.
Attn: Corporate Officer
1906 Kahai St.
Honolulu, HI 96819

Alexander & Baldwin, Inc.
Attn: Charles W. Loomis, Esq.
822 Bishop St.
Honolulu, HI 96813

Island Lock & Safe
Attn: Corporate Officer
P.O. Box 10576
Lahaina, HI 96761

Nicholas C. Dreher, Esq.
1000 Bishop St., #1500
Honolulu, HI 96813

Alpha Executive Security, Inc.
Attn: Corporate Officer
P.O. Box 709
Haiku, HI 96708

Jeff Wooldridge
P.O. Box 390247
Keauhou, HI 96739

Oceanic Time Warner Cable
Attn: Corporate Officer
P.O. Box 30050
Honolulu, HI 96820-0050

Colliers Monroe Friedlander Mgmt
Attn: Corporate Officer
P.O. Box 257
Honolulu, HI 96809

Lahaina Ace Hardware
Attn: Corporate Officer
2810 Paa St., Bldg. A
Honolulu, HI 96819

Orkin Pest Control
Attn: Corporate Officer
HI Adm Ctr/98-027 Hekaha St., #17
Aiea, HI 96701-4919

Corporation Service Company
Attn: Corporate Officer
2711 Centerville Road
Wilmington, DE 19808

Law Offices of Michael F. Sitzer
Attn: Michael F. Sitzer, Esq.
761 Via Lido Nord
Newport Beach, CA 92663

PRES-Kona Coast Attn: Corp Offcr
c/o Colliers Monroe Friedlander
272 S. King St., #1800
Honolulu, HI 96813

County of Maui/Dept of Water Supply
Attn: Authorized Agent
200 S. High St.
Wailuku, Maui, HI 96793-2155

Let's Go Banners!
Attn: Corporate Officer
P.O. Box 383645
Waikoloa, HI 96738

PRES-TIC Management
Attn: Corporate Officer
4300 Von Karman
Newport Beach, CA 92660

Hawaii Building Maintenance
Attn: Corporate Officer
1001 Bishop St./ASB Twr, #955
Honolulu, HI 96813

Maui Chemical & Paper Products
Attn: Corporate Officer
Wailuku Indus. Pk./875 Alua St.
Wailuku, HI 96793

Rush Moore, LLP
Attn: Stephen K.C. Mau, Esq.
737 Bishop St., #2400
Honolulu, HI 96813

Hawaii State Tax Collector
~~Attn: Authorized Agent~~
~~101 Bishop St./ASB Twr, #955~~
~~Honolulu, HI 96813~~
Returned as undeliveragle
FedEx7/22/10-See below

Maui Electric Co.
Attn: Corporate Officer
P.O. Box 1670
Honolulu, HI 96806-1670

S.C. Plumbing, Ltd.
Attn: Managing Member
P.O. Box 12199
Lahaina, HI 96761

Square One Lahaina, LLC
Attn: Lance Parker
822 Bishop St.
Honolulu, HI 96813

Sturdevant Refrig. & Air Cond.
Attn: Corporate Officer
300 Hoohana St.
Kahului, HI 96732

Terminix
Attn: Corporate Officer
P.O. Box 742592
Cincinnati, OH 45274-2592

Stephens, Reidinger & Beller, LLP
Attn: Managing Partner
1301 Dove St., #400
Newport Beach, CA 92660

Suck Em Up Pumping
Attn: Corporate Officer
P.O. Box 880510
Pukalani, HI 96788

Wes Thomas Associates
Attn: Corporate Officer
75-5749 Kalawa St.
Kailua-Kona, HI 96740

RSN 6/22/10
Counsel to Square One Lahaina LLC
Robbin Itkin, Esq.
Katherine C. Piper, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, #2800
Los Angeles, CA 90067

Maui Electric
Attn: Legal Department
210 Kamehameha Avenue
Kahului, HI 96733

Hawaii State Tax Collector
P.O. Box 259
Honolulu, HI 96809-0259