| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robbin L. Itkin, Esq. (SBN 117105)<br>Katherine C. Piper, Esq. (SBN 222828)<br>Steptoe & Johnson LLP<br>2121 Avenue of the Stars, 28th Floor<br>Los Angeles, CA  90067<br>Phone: (310) 734-3200;  Facsimile: (310) 734-3300<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:*  Square One Lahaina LLC | **FILED & ENTERED**<br><br>OCT 04 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ngo        DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>PRES-Lahaina Square LLC, a Hawaii limited liability company;<br>VLJ Aloha LLC, a Delaware limited liability company<br><br>Debtor(s). | CHAPTER:  11<br><br>CASE NO.:  8:10-bk-18065-TA<br>(Jointly Administered with Case No. 8:10-bk-18067-TA)<br><br>DATE:       August 25, 2010<br>TIME:       10:00 a.m.<br>CTRM:       5B<br>FLOOR:      5 |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT:  Square One Lahaina LLC  )

1. The Motion was:    ☐ Contested    ☐ Uncontested    ☒ Settled by Stipulation, as set forth in Docket No. 53 (attached hereto), which is hereby APPROVED.

2. The Motion affects the following real property ("Property"):

    *Street Address:*  840 Wainee Street
    *Apartment/Suite No.:*
    *City, State, Zip Code:*  Lahaina, Hawaii  96761

    Legal description or document recording number (including county of recording):

    ☒ See legal description contained in Docket No. 53 (attached hereto).

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)*   ☒ 11 U.S.C. § 362(d)(2)*   ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)    * As set forth in the Stipulation (attached hereto).

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☒ Modified or conditioned as set forth in <u>Docket No. 53</u> attached to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501, as set forth in the Stipulation (attached hereto).

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                       **F 4001-10.RP**
                                                                                                                                      232263v.1

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property)

| In re:<br>PRES-Lahaina Square LLC, a Hawaii limited liability company;<br>VLJ Aloha LLC, a Delaware limited liability company.<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 8:10-bk-18065-TA |
|---|---|

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.

   d. ☒ See Docket No. 53 (attached hereto) for additional provisions.

###

DATED: October 4, 2010

*Theodor C. Albert*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

232263v.1

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property)

| In re:<br>PRES-Lahaina Square LLC, a Hawaii limited liability company;<br>VLJ Aloha LLC, a Delaware limited liability company.<br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER: 8:10-bk-18065-TA |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2121 Avenue of the Stars, 28th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described ***ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>August 24, 2010</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Honorable Theodor C. Albert<br>U.S. Bankruptcy Court – Santa Ana<br>411 West Fourth Street, Suite 5085<br>Santa Ana, CA 92701-4593<br>**(VIA PERSONAL DELIVERY)** | Attorney for Debtors<br>Kavita Gupta, Esq.<br>Marc J. Winthrop, Esq.<br>Winthrop Couchot, A Professional Corporation<br>660 Newport Center Drive<br>Newport Beach, CA 92660-6427<br>**(VIA EMAIL)** |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 24, 2010** | **Aja N. Clark** | */s/ Aja N. Clark* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

232263v.1

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property)

| In re:<br>PRES-Lahaina Square LLC, a Hawaii limited liability company;<br>VLJ Aloha LLC, a Delaware limited liability company.<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 8:10-bk-18065-TA |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 24, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Nancy S. Goldenberg *(Attorney for UST)*..................................................................................nancy.goldenberg@usdoj.gov
Kavita Gupta *(Attorney for Debtors)* .......................................................................................kgupta@winthropcouchot.com
Katherine C. Piper *(Attorney for Square One Lahaina LLC)*.................................................................kpiper@steptoe.com
United States Trustee (SA) ............................................................................................................ustpregion16.sa.ecf@usdoj.gov
Marc J. Winthrop *(Attorney for Debtors)* ................................ mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Pres-Lahaina Square LLC**
4300 Von Karman Avenue
Newport Beach, CA 92660

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

232263v.1

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property)

| In re:<br>PRES-Lahaina Square LLC, a Hawaii limited liability company;<br>VLJ Aloha LLC, a Delaware limited liability company.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 8:10-bk-18065-TA |
|---|---|

**(VIA U.S. MAIL)**

**Debtors**

VLJ Aloha LLC
Attn: Vada Lee Jones
9550 SW Inverness Way
Beaverton, OR  97007

PRES-Lahaina Square LLC
Attn: John W. Fitzgibbon
4300 Von Karman Avenue
Newport Beach, CA  92660

**20 Largest Unsecured Creditors**

ABM Family of Services
Attn: Corporate Officer
320 Hukilike, #4L
Kahului, HI  96732

Alpha Executive Security, Inc.
Attn: Corporate Officer
P.O. Box 709
Haiku, HI  96708

Colliers Monroe Friedlander Mgmt
Attn: Corporate Officer
P.O. Box 257
Honolulu, HI  96809

Corporation Service Company
Attn: Corporate Officer
2711 Centerville Road
Wilmington, DE  19808

Hawaii Building Maintenance
Attn: Corporate Officer
1001 Bishop Street/ASB TWR, #955
Honolulu, HI  96813

Island Lock & Safe
Attn: Corporate Officer

P.O. Box 10576
Lahaina, HI  96761

Jeff Wooldridge
P.O. Box 390247
Keauhou, HI  96739

Lahaina Ace Hardware
Attn: Corporate Officer
2810 Paa Street, Bldg. A
Honolulu, HI  96819

Law Offices of Michael F. Sitzer
Attn: Michael F. Sitzer, Esq.
761 Via Lido Nord
Newport Beach, CA  92663

Maui Chemical & Paper Products
Attn: Corporate Officer
Wailuku Indus. Pk./875 Alua Street
Wailuku, HI  96793

Maui Electric Co.
Attn: Corporate Officer
P.O. Box 1670
Honolulu, HI  96806-1670

Maui Waste Services
Attn: Corporate Officer
P.O. Box 30490
Honolulu, HI  96820-0490

National Fire Protection Co.
Attn: Corporate Officer
1906 Kahai Street
Honolulu, HI  96819

Orkin Pest Control
Attn: Corporate Officer
HI Adm Ctr/98-027 Hekaha Street, #17
Aiea, HI  96701-4919

PRES-Kona Coast
Attn: Corp Officer

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

232263v.1

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property)

| In re:<br>PRES-Lahaina Square LLC, a Hawaii limited liability company;<br>VLJ Aloha LLC, a Delaware limited liability company.<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 8:10-bk-18065-TA |
|---|---|

c/o Colliers Monroe Friedlander
272 S. King Street, #1800
Honolulu, HI  96813

PRES-TIC Management
Attn: Corporate Officer
4300 Von Karman
Newport Beach, CA  92660

S.C. Plumbing, Ltd.
Attn: Corporate Officer
P.O. Box 12199
Lahaina, HI  96761

Stephens, Reidinger & Beller, LLP
Attn: Managing Partner
1301 Dove Street, #400
Newport Beach, CA  92660

Sturdevant Refrigerator & Air Conditioning
Attn: Corporate Officer
300 Hoohana Street
Kahului, HI  96732

Suck Em Up Pumping
Attn: Corporate Officer
P.O. Box 880510
Pukalani, HI  96788

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

232263v.1