MARC J. WINTHROP– State Bar No. 63218
mwinthrop@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>☒ PRES-LAHAINA SQUARE, LLC,<br>    a Hawaii limited liability company<br>☒ VLJ ALOHA, LLC, a Delaware limited<br>    liability company<br><br>Debtors and<br>Debtors-in-Possession. | Case No. 8:10-bk-18065 TA<br><br>Jointly Administered with<br>Case No. 8:10-bk-18067 TA<br><br>Chapter 11 Proceedings<br><br>**DEBTORS' NOTICE OF NON-OPPOSITION TO DISMISSAL OF CASES**<br><br>DATE:    March 2, 2011<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 5B<br>            411 West Fourth Street<br>            Santa Ana, CA 92701 |

-2-

| | |
|---|---|
| 1 | PRES-Lahaina Square, LLC, a Hawaii limited liability company ("PRES"), and VLJ Aloha, LLC, a Delaware limited liability company ("VLJ"), the jointly administered debtors and debtors-in-possession herein, hereby give notice that they do not oppose the immediate **dismissal** of these cases. |

DATED: February 23, 2011

WINTHROP COUCHOT
PROFESSIONAL CORPORATION


By: _/s/ Kavita Gupta_
Marc J. Winthrop
Kavita Gupta
General Insolvency Counsel for Debtors and
Debtors-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: DEBTORS' NOTICE OF NON-OPPOSITION TO DISMISSAL OF CASES will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 23, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Kavita Gupta    kgupta@winthropcouchot.com
- Katherine C Piper    kpiper@steptoe.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On February 23, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Pres-Lahaina Square LLC
Attn: David Bonaparte
4300 Von Karman Ave.
Newport Beach, CA 92660

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 23, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Debtor: David Bonaparte: DBonaparte@presusa.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 23, 2011 | Susan Connor | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |